ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOSHUA A. KLEIN (SBN 226480)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6527
    Facsimile:  (213) 894-0141
    Email:      joshua.klein@usdoj.gov

UNITED STATES OF AMERICA
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 11-1238-SJO-1 |
|---|---|---|
| Plaintiff, | ) | ORDER SETTING HEARING TO INQUIRE ON POTENTIAL CONFLICT-OF-INTEREST, AND APPOINTING COUNSEL FOR LIMITED PURPOSE OF ADVISING DEFENDANT PEREZ ON CONFLICT OF INTEREST |
| v. | ) | |
| SAUL PEREZ, | ) | |
| Defendant. | ) | HEARING: _____, 2012 |

The Court has received and considered the Government's Unopposed Motion Requesting Inquiry on Potential Conflict of Interest and Special Appointment of Counsel for Limited Purpose, filed in this Court on May 30, 2012, as well as the Memorandum of Points and Authorities, Declaration, and Exhibits attached thereto.

Finding good cause, the Court now ORDERS that:

1) **Thomas Nishi** is hereby appointed by the Court, pursuant to the Criminal Justice Act, for the special limited purpose of advising defendant Perez regarding any potential conflict of interest that may exist for his counsel of record.

2) The parties, counsel, and specially appointed counsel Thomas Nishi shall appear in Courtroom 1 of this Court for a hearing on the matter on Monday, July 23, 2012, at 9:00 a.m.

SO ORDERED.

Dated: ____June 3, 2012

*S. James Otero*

_____
HON. S. JAMES OTERO
U.S. DISTRICT JUDGE

Submitted by:

/s/
_____
Joshua A. Klein
Assistant U.S. Attorney